J. M. COOK *et al.* Exrs.

*v.*

THE PEOPLE *ex rel.* Kochersperger, County Collector.

*Filed at Ottawa March 28, 1896.*

The decision in *Culver* v. *People ex rel.* (*ante*, p. 89,) governs this case, the questions in the two cases being the same.

APPEAL from the County Court of Cook county; the Hon. CHARLES H. DONNELLY, Judge, presiding.

J. J. PARKER, for appellants.

Per CURIAM: The questions involved in this case are the same as those decided in *Culver* v. *People ex rel.* (*ante*, p. 89.) The decision in the latter case governs here, and the same judgment will be entered in this case as is directed to be entered in *Culver* v. *People ex rel. supra.*

*Reversed and remanded.*